UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

\* \* \*

| | |
|---|---|
| MANUEL SANCHEZ, etc., ) | |
| ) | |
| Plaintiff, ) | 2:09-cv-1609-RLH-RJJ |
| ) | |
| vs. ) | |
| ) | |
| SAM'S WEST, INC., etc., *et al.*, ) | **ORDER** |
| ) | |
| Defendant. ) | |

IT IS HEREBY ORDERED that the parties shall file a joint Interim Discovery Status Report on November 28, 2010.

IT IS FURTHER ORDERED that the joint Interim Discovery Status Report shall contain the following:

1. Shall identify the discovery that has been completed;

2. Shall identify the discovery that remains outstanding;

3. Shall identify any pending discovery motions; and,

4. Shall detail all attempts to settle the case.

DATED this   15th   day of October, 2010.

ROBERT J. JOHNSTON
United States Magistrate Judge