UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

\* \* \*

| | |
|---|---|
| MANUEL SANCHEZ, etc., *et al.*, | |
| Plaintiff, | 2:09-cv-1609-RLH-RJJ |
| vs. | |
| SAM'S WEST, INC., etc., *et al.*, | O R D E R |
| Defendant, | |

This matter was submitted to the undersigned Magistrate Judge on Plaintiffs' Motion to Extend Discovery (#43).

The Court having reviewed the Motion (#43) and good cause appearing therefore,

IT IS HEREBY ORDERED that Plaintiffs' Motion to Extend Discovery (#43) is GRANTED IN PART.

IT IS FURTHER ORDERED that Plaintiffs' Motion to Extend Discovery (#43) is GRANTED in that discovery in this matter is extended to and including July 29, 2011. No further discovery extensions will be granted by the court.

IT IS FURTHER ORDERED that Plaintiffs' Motion to Extend Discovery (#43) is DENIED as to all other requests.

DATED this   17th   day of May, 2011.

ROBERT J. JOHNSTON
United States Magistrate Judge