ROGER P. CROTEAU, ESQ.
Nevada Bar No. 4958
TIMOTHY E. RHODA, ESQ.
Nevada Bar No. 7878
ROGER P. CROTEAU & ASSOCIATES, LTD.
720 South Fourth Street, Suite 202
Las Vegas, NV 89101
(702) 254-7775 (telephone)
(702) 228-7719 (facsimile)
croteaulaw@croteaulaw.com
*Attorneys for Plaintiffs*
**MANUEL SANCHEZ AND
SHERI SANCHEZ**

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

\*\*\*

| | |
|---|---|
| MANUEL SANCHEZ, an individual; and SHERI SANCHEZ, an individual, <br><br>                     Plaintiffs, <br><br> vs. <br><br> SAM'S WEST, INC., an Arizona corporation, D/B/A SAM'S CLUB #6382; DOES I - X, inclusive; and ROE CORPORATIONS I - X, inclusive, <br><br>                     Defendants. | Case No.   2:09-CV-1609-RLH-RJJ |

**PLAINTIFFS' WITHDRAWAL OF THEIR**

**MOTION TO COMPEL DEFENDANT**

**TO SUPPLEMENT ITS INITIAL DISCLOSURES**

COME NOW, Plaintiffs, MANUEL SANCHEZ *("Plaintiff")* and SHERI SANCHEZ *(collectively, "Plaintiffs")*, by and through their attorneys, ROGER P. CROTEAU & ASSOCIATES, LTD., and presents PLAINTIFFS' WITHDRAWAL OF THEIR MOTION TO COMPEL DEFENDANT TO SUPPLEMENT ITS INITIAL DISCLOSURES *(the "Withdrawal")* against Defendant, SAM'S WEST, INC. D/B/A SAM'S CLUB #6382 *("Defendant")*, stating as follows:

//

1. On September 27, 2011, counsel for both parties held a telephonic "meet and confer" in which Plaintiffs' counsel, Mr. Croteau, informed Defendant's counsel, Ms. Entzminger, that:

   (A) Plaintiffs wished to withdraw their previously-filed Motion to Compel Defendant to Supplement its Initial Disclosures as it should be fashioned as a Motion to Compel Discovery Responses;

   (B) Plaintiffs and Defendant will meet and confer on the numerous alleged deficiencies in Defendant's discovery responses; and

   (C) For any responses not resolved by the parties, Plaintiffs would be filing its Motion to Compel Defendant's Discovery Responses.

2. Ms. Entzminger informed Mr. Croteau that she would not object to Plaintiffs' Withdrawal of Its Motion to Compel Defendant to Supplement its Initial Disclosures.

DATED this 27th day of September, 2011.

ROGER P. CROTEAU & ASSOCIATES, LTD.


/s/ ROGER P. CROTEAU, ESQ.
ROGER P. CROTEAU, ESQ.
Nevada Bar No. 4958
TIMOTHY E. RHODA, ESQ.
Nevada Bar No. 7878
croteaulaw@croteaulaw.com
(702) 254-7775 (telephone)
(702) 228-7719 (facsimile)
*Attorneys for Plaintiffs*
**MANUEL SANCHEZ AND SHERI SANCHEZ**

```
IT IS SO ORDERED. MOTION TO COMPEL
[78]IS WITHDRAWN FROM CONSIDERATION
BY THE COURT.
```

_____
UNITED STATES MAGISTRATE JUDGE